NANCY SESSA, Appellant, *v.* BROOKLYN AND QUEENS TRANSIT CORPORATION, Respondent.

Submitted October 12, 1937; decided November 16, 1937.

490 

*Joseph Logomasini* for appellant.

*Andrew F. Van Thun, Jr.,* and *George D. Yeomans* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.